

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Mark D. Walker, | § | No. 08-20-00029-CV |
| Appellant, | § | Appeal from the |
| v. | § | 426th District Court |
| Takelya L. Walker, | § | Of Bell County, Texas |
| Appellee. | § | (TC# 294,292-A) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **February 20, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark D. Walker, the Appellant, prepare the Appellant's reply brief and forward the same to this Court on or before February 20, 2021.

IT IS SO ORDERED this 28th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.